Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Paul W. Steer* for petitioners. *Acting Solicitor General Washington* for the United States.

No. 1395. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF CHURCH. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Acting Solicitor General Washington* for petitioner. *William W. Owens* for respondent.

No. 1123. HALEY *v.* OHIO. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Ohio granted. *E. L. Mills, Edgar W. Jones* and *D. Bruce Mansfield* for petitioner. *D. Deane McLaughlin, W. Bernard Rodgers* and *John Rossetti* for respondent.

No. 1377. LEE *v.* MISSISSIPPI. See *ante,* p. 795.

No. 1268. SHELLEY ET AL. *v.* KRAEMER ET UX. June 23, 1947. The petition for writ of certiorari to the Supreme Court of Missouri is granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Geo. L. Vaughn* and *Herman Willer* for petitioners. *Benjamin F. York* for respondents. *Luther Ely Smith* and *Victor B. Harris* filed a brief for the St. Louis Civil Liberties Committee, as *amicus curiae,* in support